# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMALL BALENTINE                                                                    PLAINTIFF

V.                              No. 3:21-CV-00265-BRW

AUDREY HUDDLESTON, Nurse,
Jackson County Detention Center, *et al*.                                           DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Balentine may proceed with his inadequate medical care claim against Huddleston. The Clerk is directed to prepare a summons for her. The United States Marshal is directed to serve the summons, Complaint,[3] and this order on her at the Jackson County Detention Center, without prepayment of fees and costs or security therefor.[4]

Balentine's claims against Carter and Wilson are dismissed, without prejudice, and they are terminated as parties to this action.

IT IS SO ORDERED this <u>18th</u> day of May, 2022.

                                            BILLY ROY WILSON
                              UNITED STATES DISTRICT JUDGE

---

[3] Doc. No. 1.

[4] If Huddleston is no longer employed by Jackson County, the individual responding to service must provide a **sealed** statement with her last known mailing address.