UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMALL BALENTINE                                                         PLAINTIFF
ADC #141693

V.                              No. 3:21-CV-265-JTR

AUDREY HUDDLESTON, Nurse,
Jackson County Detention Center                                          DEFENDANT

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered separately today, this case is dismissed. Balentine's claims against Nurse Huddleston are dismissed, with prejudice. All other claims are dismissed, without prejudice. All relief sought is denied, and the case is closed.

DATED this 5th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE